**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN VANESSA VILLALOBOS, | Case No.: 2:20-cv-08116-MAR |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: March 7, 2022

THE HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | DATE: February 15, 2022 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING INC., CPC |
| 3 | | /s/ *Steven G. Rosales* |
| 4 | BY: _____ |
| | | Steven G. Rosales |
| 5 | | Attorney for plaintiff Ms. Karen Vanessa Villalobos |